HAMILTON, Appellant, v. UNITED STATES VOTING-MACH. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 21, 1900.) Action by Arthur S. Hamilton against the United States Voting-Machine Company. No opinion. Judgment affirmed, with costs.

HARRIS et al., Appellants, v. EGGLESTON et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 13, 1900.) Action by George D. Harris and others against David D. Eggleston and others. No opinion. Motion for reargument denied. See 62 N. Y. Supp. 221.

HARRIS v. ELLIOTT et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Richard D. Harris against George Elliott and another. No opinion. Motion for leave to go to court of appeals granted. See 45 N. Y. Supp. 916; 62 N. Y. Supp. 632.

HARRIS v. ELLIOTT et al. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Richard D. Harris against George Elliott and others. No opinion. Motion for stay granted. See 45 N. Y. Supp. 916; 62 N. Y. Supp. 632.

HARRIS v. SECOND AVE. R. CO. (Supreme Court, Appellate Division, First Department. March 16, 1900.) Action by Marie Harris against the Second Avenue Railroad Company. No opinion. Motion denied, with $10 costs. See 62 N. Y. Supp. 562.

HASSARD, Respondent, v. WARNER, Appellant. (City Court of New York, General Term. April 5, 1900.) Action by one Hassard against one Warner. Judgment for plaintiff, and defendant appeals. Affirmed. David C. Bennett, for appellant. B. Gerson Oppenheim, for respondent.

PER CURIAM. With a view to at once quiet the apprehensions of the parties and prevent possible further preliminary motions in adjusting their differences, and that the issues may be promptly and properly disposed of, the order appealed from herein will be affirmed, without costs.

HAVANA CITY RY. CO. et al., Respondents, v. AMERICAN INDIES CO., Appellant. (Supreme Court, Appellate Division, First Department. March 9, 1900.) Action by the Havana City Railway Company and another against the American Indies Company, impleaded with others. From a judgment overruling a demurrer to an amended complaint, defendant American Indies Company appeals. Reversed. Charles A. Collin, for appellant. Seymour Kisch, for respondents.

PER CURIAM. For the reasons stated in the case of Railway Co. v. Ceballos (decided herewith) 63 N. Y. Supp. 417, the judgment appealed from should be reversed, and the demurrer sustained, with costs in this court and in the court below, with leave to the plaintiff to amend the complaint upon the payment of such costs.

HAWKS, Appellant, v. HASELTINE, Respondent. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by Mary B. Hawks against George Haseltine. J. Kling, for appellant. G. Haseltine, for respondent. No opinion. Judgment affirmed, with costs.

HEALEY, Appellant, v. UNION RY. CO. OF NEW YORK CITY, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) Action by Jeremiah Healey against the Union Railway Company of New York City. No opinion. Judgment reversed on argument, and new trial granted; costs to abide the event.

HERLEHY, Respondent, v. FERGUSON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 27, 1900.) Action by Daniel F. Herlehy against Thomas D. Ferguson. No opinion. Motion for reargument denied, with $10 costs. See 62 N. Y. Supp. 648.

HICKS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 13, 1900.) Action by Emily Hicks, an infant, by John Hicks, her guardian ad litem, against the Nassau Electric Railroad Company. No opinion. Motion for reargument or for leave to appeal to the court of appeals denied. Stay of proceedings for 20 days granted. See 62 N. Y. Supp. 597.

HILL, Respondent, v. MOEBUS, Appellant. (Supreme Court, Appellate Term. March 5, 1900.) Action by Henderson Hill against John Moebus. From a judgment in favor of plaintiff, defendant appeals. Reversed.

PER CURIAM. Judgment reversed, without costs, and new trial ordered in the municipal court in the district in which the action was brought. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319; Currier v. Roseff (Sup.) 61 N. Y. Supp. 838; Bristor v. Flaherty, 30 Misc. Rep. 111, 61 N. Y. Supp. 872.

In re HILLIARD. (Supreme Court, Appellate Division, First Department. March 9, 1900.) In the matter of George Hilliard. No opinion. Motion granted, with $10 costs.

In re HODNETT. (Supreme Court, Appellate Division, Second Department. March 20, 1900.) In the matter of the application of John Pope Hodnett for admission to practice as an attorney and counselor at law. No opinion. Application granted.

HOES, Respondent, v. EDISON GENERAL ELECTRIC CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1900.) Action by William H. Hoes, as public administrator, against Edison General Electric Company. E. H. Lewis, for appellant. F. W. Arnold, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 48 N. Y. Supp. 323.

HOLLINGSWORTH, Respondent, v. SPECTATOR CO., Appellant. (Supreme Court, Ap-